KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
RYAN T. BRICKER (State Bar No. 269100)
ALEXANDRA N. MARTINEZ (State Bar No. 317382)
Nineteenth Floor, Two Embarcadero Center
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gilchrist@kilpatricktownsend.com
rbricker@kilpatricktownsend.com
amartinez@kilpatricktownsend.com

Attorneys for Plaintiff
PATAGONIA, INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KAILEY BULLOCK,<br><br>Defendant. | Case No. 2:18-cv-03868<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Patagonia, Inc. ("Patagonia") has filed a Complaint alleging counterfeiting, trademark infringement, unfair competition, and copyright infringement under federal law against co-defendant Kailey Bullock. Ms. Bullock imported apparel products bearing one or more identical or substantially indistinguishable imitations of Patagonia's federally registered marks (the "Counterfeit Products"). Ms. Bullock maintains she was unaware the imported apparel was Counterfeit Products at the time she ordered it, but consents to entry of judgment and permanent injunction to resolve this matter.

The Court now enters final judgment based upon the following undisputed

facts. Each party has waived the right to appeal from this final judgment and each party will bear its own fees and costs in connection with this action.

## I. FACTS AND CONCLUSIONS

A. This Court has subject matter jurisdiction over this lawsuit and personal jurisdiction over Ms. Bullock. Venue is proper in this Court.

B. Patagonia owns numerous registrations for the PATAGONIA trademark, and for its distinctive logo depicting the Mt. Fitz Roy skyline (the "Fitz Roy Design"), for a wide ranging assortment of products. Among these are the following U.S. trademark registrations:

| Trademark | Reg. No. / Reg. Date | Goods | Date of First Use |
|---|---|---|---|
| **PATAGONIA** | 1189402/ February 9, 1982 | Men's and Women's Clothing-Namely, Sweaters, Rugby Shirts, Walking Shorts, Trousers, Jackets, Mittens, Hoods and Rainwear. | 08/1974 |
| (Fitz Roy Design with patagonia) | 1294523/ September 11, 1984 | Men's, Women's and Children's Clothing-Namely, Jackets, Pants, Vests, Gloves, Pullovers, Cardigans, Socks, Sweaters, Underwear, Shirts, Shorts, Skirts and Belts | 08/1974-1981 |
| (Fitz Roy Design with patagonia) | 1775623/ June 8, 1993 | Luggage back packs, and all-purpose sports bags | 08/1988 |
| **PATAGONIA** | 1811334/ December 14, 1993 | Luggage, back packs, fanny packs and all-purpose sport bags, footwear, ski bags and ski gloves | 08/1990 |
| **PATAGONIA** | 2260188/ | Computerized on-line | 10/1995 |



| Trademark | Reg. No. / Reg. Date | Goods | Date of First Use |
|---|---|---|---|
| | July 13, 1999 | ordering activities in the field of clothing and accessories; Providing information in the field of technical clothing and accessories for use in recreational, sporting and leisure activeties; providing information in the field of existing and evolving environmental issues | |
| **PATAGONIA.COM** | 2392685/ October 10, 2000 | On-line retail store and mail order services featuring technical clothing, footwear, and accessories; Computer services in the nature of on-line information related to the environment and clothing | 10/1995 |
| **PATAGONIA** | 2662619/ December 17, 2002 | Retail store services featuring clothing, footwear, luggage and a wide variety of sporting goods and accessories | 06/1986 |

These registrations for the PATAGONIA mark and logos are in full force and effect. The registrations have become incontestable under 15 U.S.C. § 1065. Collectively, these marks, Patagonia's other registered trademarks, and its common law marks are referred to as the "PATAGONIA trademarks." A color image of the Fitz Roy Design follows:





C. Ms. Bullock purchased Counterfeit Products from "Wilson Yan Yiwu Yalindy Imp and Ex Co., Ltd.," through alibaba.com. While Ms. Bullock intended to resell the product purchased from Wilson Yan Yiwu Yalindy Imp and Ex Co., Ltd. through alibab.com, she has stated that she was unaware at the time the transaction commenced the counterfeit bore any infringing PATAGONIA trademarks.

## II. PERMANENT INJUNCTION AND AWARD

It is hereby ordered and adjudged as follows:

A. Commencing as of the "So Ordered" date of this Final Judgment and Permanent Injunction, Ms. Bullock, her agents, employees, attorneys, successors, assigns, affiliates, joint ventures, and any person(s) in active concert or participation with her, and/or any person(s) acting for, with, by, through, or under her control who receive actual notice of this Order, are hereby permanently enjoined and restrained, anywhere in the world, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following:

1. Without Patagonia's authorization, manufacturing, producing, sourcing, importing, selling, offering for sale, distributing, advertising, or promoting any goods or services that bear reproductions of the PATAGONIA Trademarks;

2. Manufacturing, producing, sourcing, importing, selling, offering for sale, distributing, advertising, or promoting any goods or services that display any words or symbols that so resemble the PATAGONIA trademarks as to be likely to cause confusion, mistake, or deception, on or in connection with any product that is not authorized by or for Patagonia;

3. With respect to Patagonia products, using any word, term, name, symbol, device, or combination thereof that causes or is likely to cause confusion, mistake, or deception as to the affiliation or association of Ms. Bullock or her products with Patagonia or as to the origin of Ms. Bullock's goods, or any false



[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION - 4 -
CASE NO. 2:18-cv-03868

KILPATRICK TOWNSEND 710627571

designation of origin, false or misleading description or representation of fact, or any false or misleading advertising;

    4.    Further infringing the rights of Patagonia in and to its PATAGONIA trademarks, thereby damaging Patagonia's goodwill or business reputation;

    5.    Further infringing Patagonia's copyright rights, including its rights in the Fitz Roy Design, or otherwise infringing any of Patagonia's rights under the Copyright Act and any other source of federal or state law; and

    6.    Assisting, aiding or abetting any person or entity engaging in or performing any act prohibited by this paragraph.

B.    This is a final judgment as to all claims asserted against Ms. Bullock related to the Counterfeit Products, sold prior to the date of entry of this Final Judgment and Permanent Injunction. Both parties shall bear their own costs.

C.    If Ms. Bullock is found to be in contempt of this injunction by a court of law, she agrees that she will pay to Patagonia a liquidated penalty in an amount no less than $7,500.00 as liquidated damages, plus any other non-duplicative penalties or damages arising from the contempt.

D.    If Patagonia commences an action for enforcement of this Judgment, the prevailing party shall be awarded reasonable attorneys' fees and costs from the other party for both the action enforcing this Judgment and the underlying litigation.

Dated: August _22_, 2018

                                  ____/S/_____
                                  Hon. Fernando M. Olguin
                                  United States District Judge

